NEW YORK PHONOGRAPH CO. v NATIONAL PHONOGRAPH CO. et al.

(Circuit Court of Appeals, Second Circuit. March 7, 1906.)

No. 128.

PATENTS—EXCLUSIVE LICENSE—EQUITABLE RELIEF AGAINST BREACH.

Complainant as licensee of the exclusive right to use, exhibit and let phonographs and graphophones, and to sell appliances therefor within the state of New York from the owner of the patents therefor, *held* entitled to damages for breach of the license contract and to an injunction against further breaches by the invasion of its territory by defendants who subsequently became the owners of the patents with full knowledge of such contract.

Appeal from the Circuit Court of the United States for the District of New York.

Appeal from decree of the United States Circuit Court for the Southern District of New York granting an injunction and accounting. The opinion of the court is reported in 136 Fed. 600.

W. B. Hornblower, for appellant.

Louis Hicks and John C. Tomlinson, for appellee.

Argued before TOWNSEND and COXE, Circuit Judges, and HOLT, District Judge.

PER CURIAM. The court below in its opinions has clearly and exhaustively discussed all the questions which appear to be material to the disposition of this case. The arguments advanced on this appeal have received the consideration demanded by the importance of the case and the magnitude of the issues involved. We fail to find, however, any error in the reasoning or the conclusions on which the decree is founded, and we therefore deem it unnecessary to add anything to the opinion of the court below, in which we concur, and on which the decree should be affirmed with costs.